# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

132938

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LEKELDRIC DEUNDRAE PORTER,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132938
COA: 274117
Kent CC: 05-001191-FC;
05-001289-FC

      On order of the Court, the application for leave to appeal the November 30, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

p0416

Clerk